October 3, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-13-00758-CR                        V.
NO. 14-13-00759-CR
NO. 14-13-00760-CR
NO. 14-13-00761-CR
NO. 14-13-00762-CR

CHRISTOPHER MICHAEL DUPUY, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.